ELECTRONICALLY FILED
Boone County Circuit Court
Judy Kay Harris, Circuit Clerk
2020-Apr-08 15:09:33
05CV-20-111
C14D01 : 12 Pages

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CIVIL DIVISION

PETER "PETE" ELDRIDGE                      PLAINTIFF

V.                                No. _____

PACE INDUSTRIES INC.
& PACE INDUSTRIES LLC                      DEFENDANTS

## COMPLAINT

Comes the Plaintiff, Peter Eldridge herein after Pete Eldridge, by and through his attorney, Steven McNeely and for his cause action against the Defendants, Pace Industry Inc and Pace Industry LLC states as follows:

### I. Parties

1. The Plaintiff, Pete Eldridge, is and at all relevant times was and is a resident and citizen of Alpena, Boone County, Arkansas.

2. Defendant Pace Industry Castings, LLC. (hereinafter, Pace Industries LLC) is a corporation organized under the laws of the State of Delaware, with its principal place of business in Arkansas. The register agent listed with the Arkansas Secretary of State's Office is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

3. Separate Defendant, Pace Industries Inc., is a domestic corporation organized under the laws of the State of Arkansas, with its principal place of business in Arkansas. The register agent listed with the Arkansas Secretary of State's Office is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

Page 1 of 5

4. The Plaintiff worked at the Pace B&C Division of Pace Industries in Harrison Arkansas at all relevant times. The Harrison Division is a whole owned subsidiaries of Pace Industries Inc and Pace Industries LLC (collectively refereed to as Pace Industries or Defendants).

5. All facts herein complained of occurred at the Harrison Division of Pace Industries in Boone County Arkansas,

## II. Jurisdiction and Venue

6. Jurisdiction is proper under Ark. Code Ann. § 16-13-201 which states that circuit courts shall have original jurisdiction of all actions and proceedings for the enforcement of civil rights or redress of civil wrongs, except when exclusive jurisdiction is given to other courts. Jurisdiction is also proper under Ark. Code Ann. § 16-123-101 et al. Jurisdiction is also proper under Arkansas Constitution, Amendment 80 § 6(A), which states that circuit courts are established as trial courts of original jurisdiction of all justiciable matters not otherwise assigned pursuant to the Constitution.

7. Venue is proper under Ark. Code Ann. § 16-60-101. Venue in circuit courts, which states (a)(1) The county in which a substantial part of the event or omission giving rise to the cause of action occurred;. (a)(3) The county where the Plaintiff resides at the time incident occurred- Boone County, Arkansas.

8. This action is brought for violation of the Americans with Disability Act if 1990 (ADA) and Age Discrimination in Employment Act of 1967 and the Arkansas Civil Rights Act of 1993. Plaintiff timely filed a charge of discrimination with the EEC, a copy of which is attached hereto as Exhibit "A", and now timely files

this action within the 90 days of receiving his Right-To-Sue letter attached hereto as Exhibit "B". Accordingly, this Court has subject matter jurisdiction and personal jurisdiction over the parties. Venue is proper.

### III. Facts

9. Plaintiff, Pete Eldridge is a male with a date of birth of August 24 1948 and is currently seventy-one years old. Plaintiff went to work for Defendants at the Harrison Division Plant in 2010 as a Quality Control Auditor.

10. The Plaintiff had a work related injury to his left knee on July 26th 2016. He under went multiple surgeries for his knee condition and has substantial pain and is limited in his ability to stand or walk on it for any length of time.

11. Plaintiff requested accommodations after his July 2016 injury and was provided them up until February 2019, when they were denied and Defendants began to count points against Plaintiff for work missed because of his knee. With the accommodations Plaintiff could perform the essential functions of his job.

12. Plaintiff was discharged by Defendants Pace Industries on May 24th 2019. Plaintiff was terminated under circumstances that similarly situated persons without disabilities or younger then the Plaintiff were not so terminated.

### IV. COUNT I DISCRIMINATION BASED ON DISABILITY

13. Plaintiff re-alleges the foregoing as if fully set out herein.

14. By virtue of the facts alleged herein, Plaintiff has a Disability, as that term is defined by the Americans with Disabilities Act of 1990, and the Arkansas Civil Rights Act of 1993.

15. By virtue of the facts alleged herein, Defendants has discriminated against plaintiff on the basis of his Disability, in violation of the ADA, and in violation of the Arkansas Civil Rights Act. Defendants has also violated the ADA by failing to accommodate Plaintiff's Disability.

16. Defendants terminated Plaintiff under circumstances similarly situated persons with disabilities were not terminated.

17. As a direct and proximate cause of Defendants' acts and omissions alleged herein, Plaintiff has lost wages, lost fringe benefits, lost earning capacity, lost sleep.

18. Defendants' actions have been so egregious as to warrant the imposition of punitive damages.

## V. COUNT II DISCRIMINATION BASED ON AGE

19. Plaintiff re-alleges the foregoing as if fully set out herein.

20. Plaintiff is seventy-one (71) old, his date of birth is August 24th 1948.

21. Defendants terminated Plaintiff under circumstances that similarly situated younger employees who had used profanity or elevated their voice were not so terminated.

22. Defendants filled Plaintiff's Quality Control Auditor position with Ms. Cheryl Pollard who is a younger individual.

23. Accordingly, Defendants has discriminated against Plaintiff on the basis of Age in violation of the Age Discrimination in Employment Act of 1967 and the Arkansas Civil Rights Act of 1993.

24. As a direct and proximate cause of the Defendants' acts and omissions, Plaintiff has lost wages, lost fringe benefits, lost earning capacity, and lost sleep.

25. Defendants' actions have been so egregious as to warrant the imposition of punitive damages.

**Wherefore,** Plaintiff, prays for appropriate compensatory damages exceeding the amount of seventy-five thousand dollars ($75,000.00), and injunction requiring defendants to remove all adverse employment information from his personnel file, designating him as rehirable, a positive employment recommendation and immediate reinstatement to his job as a quality control auditor and a declaratory judgement that Defendants' acts and omissions have violated the ADA, Age discrimination and employment Act and the Arkansas Civil Rights amendment, for a requirement that this lawsuit be posted that Defendants have violated the law, for investigation and disciplinary action against the appropriate individuals committing discrimination, prejudgment interest, for punitive damages, for reinstatements or front pay, for trail by jury, for cost, for attorney's fees, and for all other proper relief.

Respectfully Submitted,

Steven McNeely Attorney
9424 Centennial Road
Jacksonville, AR 72076
Phone (501) 983-9055-Fax: (501) 983-9022
Email: smcneely@arkansasoworkinjury.com

By: Steven McNeely (#96-167)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (7/2016)

For Official Use Only – Charge Number:

| | |
|---|---|
| **Personal Information** | Name (First, Middle, Last): Peter Morris Eldridge<br>Street Address: 650 Sawmill Rd.,<br>City: Alpana    State: AR    Zip Code: 72611<br>Telephone Number: 870-365-7694    ☑ Home  ☐ Work  ☐ Cell |
| **Information about the company or organization you believe discriminated against you.** | Organization Name: Pace Industries LLC<br>Street Address: 312 Industrial Park North<br>City: Harrison    State: AR    Zip Code: 72601<br>Your job title or the title of the job for which you applied: quality control auditor |
| **Why you believe you were discriminated against?** | Race ☐    Color ☐    Religion ☐    National Origin ☐<br>Sex ☐    Disability ☑    Age ☑    Genetic Information ☐<br>Retaliation ☑    Other ☐ |
| | Date(s) Discrimination Took Place: Earliest Aug 2016    Latest 5/22/19<br>Write a brief statement describing each job action and identify the date of each action. |
| **What happened to you that you believe was discriminatory?** | I have provided this in the Attached "Complaintant Affidavit" dated 10/10/19 and I incorporate the same herein as if repeated word for word<br><br>Additional Attachments:<br>Attachment No. 1- Impairment rating report 1/3/19<br>Attachment No. 2 Equian Letter 5/30/18<br>Attachment No 3. Termination notice 5/24/19 |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or based on retaliation for filing a charge of employment discrimination, helping in someone else's complaint about job discrimination, or complaining to the employer about job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: /s/ P. Eldridge    Date: 10/15/19 |

Exhibit "A"
pg. 1

Complainant Affidavit
Eldridge v. Pace
Page 1 of 4

## COMPLAINANT AFFIDAVIT

Date: 10/10/19

Re: Pete Eldridge's EEO Complaint of Discrimination
agianst Pace Industries LLC

1. My name is Peter Morris Eldridge, my date of birth is August 24, 1948.

2. My address is 650 Sawmill Rd., Alpana, AR 72611.

3. My phone numbers is 870-365-7694 (home).
a. My email address is peldridge5@yahoo.com

4. From October 10th 2010 to May 22nd 2019 I worked full at Pace Industries LLC, herein after "Pace" located at 312 Industrial Park North, Harrison AR 72601. I became a quality control auditor in Janurary 2011. My supervisor was John Able.

5. I suffered a work related injury to my left knee on July 26th 2016.

6. From July 27th 2016 through Janurary 17th 2019 I underwent four knee surgeries and worked with accomadations of time off, intermittant leave or/and lessor hours.

7. I had no disciplinary records for my entire employment with Pace through the date of my work injury on July 26th 2016.

8. In October 2016 additional treatment for my lef tknee was denied and I had to hire an attorney to proceed to a workers compensation hearing on additional benefits. I hired Mr. Steven McNeely to represent to on Novmber 1st 2016. The fact is I had my first surgery on 8/26/2016 and it did not fix my knee and my knee condition became a medical issue with Pace.

9. Prior to me having medical problems with my left knee I had high evaluations on my job profermance reviews. Starting in Novmber 1st

Exhibit "A"
Page 1 of 4
page 2

Complainant Affidavit
Eldridge v. Pace
Page 2 of 4

through the date of my termination I would receive commenets and statements from my co-workers and supervisors that managment wanted to get rid off me becasue of may age and my medical condition with my left knee.

10. These comments included:

a. "You are old enough you should just retire"
b. "I have been told to document any thing I can to write you up because, managment wants you fired, because of your injury and your age"
c. Comments were made my age effected the companies insurance premiums.
d. "Watch your back, managment is really after you"
e. I was told that management really wants to get rid off me, because off having to taken off early and missing shifts because of my disability to my knee.

11. The way people treated my, especially managment changed after I did not become 100% after the first surgery in August 2016.

a. Mangement would not greet me the way they use to.
b. The plant manger would look the other way, so as not to have to acknoldge me.
C. No one in management would even ask me how my knee was doing.

I want to file a complaint of discrimination based on my race. On the date of my termination I was 70 years old.

I want to file a complaint of discrimination based my disability to my left knee, following four suregies and a 50% impairment rating.

I want to file a complaint of retaliation for my activities of requesting more medical treatment from the employer under the Arkansas workers Compensation Act.

Exhibit "A"

Page 2 of 4

page 3

Complainant Affidavit
Eldridge v. Pace
Page 3 of 4

I want to file a complaint of discrimination based on my request for reasonable accommodation, of intermittant leave.

I was discriminated and retaliated against when:

11. On May 22nd 2019, Pace Ind., took away my employee badge and expelled me from the Agency premises.

12. Since May 22nd 2019 to the present I was denied the following job position: quality control auditor with Pace Industries.

13. On Wednesday April the 8th 2019 and Thursday April the 9th 2019 I had to take off work because of medical problems with my left knee. Pace started counting points for my absence. I soon after requested a reasonable accomadation of intermmitant leave, as I have had for the past three years, and was denied.

14. Since May 22, 2019 to the present, Agency denied my wages and benefits, including health insurance.

15. In June of 2019 Pace denied to properly file out form CMS-L564 Request for Employment Information required by the US social security administration show I could get enroylled in medicare part B.

17. My attorney will be STEVEN MCNEELY DBA ATTORNEY AT LAW, 9424 Centennial Road, Jacksonville, AR 72076, Phone: (501)983-9055, Fax No. (501) 983-9022
E-mail:smcneely@arkansasworkinjury.com

Based on the foregoing, I allege that the Agency discriminated against me based on my age, disability, and in retaliation for my prior activities of protecting my legal rights in violation of The Title VII of Civil Rights Act of 1964 and Americans with Disabilities Act of 1990/Rehabilitation Act of 1973, as amended, 29 U.S.C. 706; 791 et seq.

Exhibit "A"

Page 3 of 4

page 3

Complainant Affidavit
Eldridge v. Pace
Page 4 of 4

(Initial each page, if more than one.)

## DECLARATION

I, the undersigned, declare under penalty of perjury that the statements made in the above affidavit are true and correct to the best of my knowledge, information, and belief.

(sign) _Peter Morris Eldridge_ 10/15/19
Peter Morris Eldridge                Date

STATE OF ARKANSAS
COUNTY OF __Boone__

On this date personally appeared before the abovesigned, Peter Morris Eldridge, who stated that they he executed the same for the consideration and purpose herein mentioned and set forth and desired the same certified which is hereby done, this __15__ day of __October__, 2019

Signature, Notary Public _Lisa A. Massengale_

LISA A. MASSENGALE
MY COMMISSION # 12398069
EXPIRES: April 3, 2024
Boone County

My Commission Expires __4/3/24__

Exhibit "A"

Page 4 of 4

pag' 5



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Little Rock Status Line: (866) 408-8075
Little Rock Direct Dial: (501) 324-5060
FAX (501) 324-5991
Website: www.eeoc.gov

Peter Eldridge
650 Sawmill Rd
Alpena, 72611

    Re:    Peter Eldridge v. Pace Industries
            EEOC Charge No. 493-2020-00137

Dear Mr. Eldridge:

The enclosed Notice terminates our processing of your charge and gives notice of your right to sue within 90 days. On December 9, 2019, a copy of the Respondent's Position Statement was released to you through the Commission's public portal. All evidence collected during the investigation was thoroughly reviewed and the evidence did not support a violation of the law. The investigation revealed the following facts.

You alleged you were harassed, denied the position of Quality Control Auditor, denied a reasonable accommodation, denied wages and benefits, and discharged because of your medical history in violation of the Americans with Disabilities Act of 1990, as amended, and harassed, denied the position of Quality Control Auditor, denied wages and benefits, and discharged because of your age, 70, in violation of the Age Discrimination in Employment Act of 1967, as amended, and in retaliation for protecting your legal rights in violation of Title VII of Civil Rights Act of 1964 and Americans with Disabilities Act of 1990.

The evidence shows your allegations regarding the Quality Control Auditor position, wages, and benefits begin on May 22, 2019, which is after you were discharged.

As to your discharge, on November 12, 2018, you received a Formal Discussion and Decision Making Leave-Critical Final Warning for serious and unacceptable hostile conduct toward fellow employees. This discipline was supported by four (4) witness statements.

On May 21, 2019, a Coworker reported you created a hostile work environment. The Respondent investigated the allegation and determined to terminate your employment.

As to your allegation you were denied a reasonable accommodation, you alleged the Respondent began counting points for your disability related April 8, and 9, 2019, absences. Soon thereafter, you requested a reasonable accommodation, but your request was denied. It is the Respondent's position you received reasonable accommodations for the three (3) year period prior to April 8, 2019. However, in January 2019, you were released to return to your regular job. Additionally, the Respondent's attendance calendar shows you worked your full shift on April 8, and 9, 2019.

No further action will be taken by this office regarding your Charge of Discrimination. The District Director's determination in this matter is attached. This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf. You may pursue the matter

*Exhibit "B"*
*pag. 1*

Peter Eldridge v. Pace Industries
EEOC Charge No. 493-2020-00137
Page 2 of 2

by filing in Federal District Court as explained in the Dismissal and Notice of Rights and the Information Sheet.

Sincerely,

JAN 1 4 2020

*Margie Myers*
Margie Myers
Investigator

Date

Enclosure (Form 161 w/attachments)

cc:  Steven McNeely
     Attorney for Charging Party

Exhibit "B"
page 2