UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PETER "PETE" ELDRIDGE                                              PLAINTIFF


v.                          Case No. 3:20-cv-3038-TLB


PACE INDUSTRIES LLC                                              DEFENDANT

---

JOINT NOTICE OF CASE SETTLEMENT

Comes the parties, by and through respective counsel, and respectfully advises the Court of a settlement reached between the parties in this action. The parties shall submit appropriate documentation or filings to the Court for dismissal of the case with prejudice.

Respectfully submitted,


Steven R. McNeely
AR Bar No. 96-167
Steven R. McNeely, Attorney
9424 Centennial Road
Jacksonville, AR 72075
501.983.9055
501.982.9022 (Fax)
smcneely@arkansasworkinjury.com
LEAD ATTORNEY TO BE NOTICED
Attorney for Plaintiff

1

James M. Gary
AR Bar No. 80051
LEAD ATTORNEY TO BE NOTICED
KUTAK ROCK LLP
124 West Capitol Avenue, Ste. 2000
Little Rock, Arkansas 72201
Attorney Direct: 501.975.3140
Main Dial: 501.975.3000
jim.gary@kutakrock.com
Attorneys for Defendant

4818-4829-0302.1